# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-02-00327-CV

**The State of Texas, Appellant**

**v.**

**Ben White Land, L.P., Appellee**

### FROM THE PROBATE COURT NO. 1 OF TRAVIS COUNTY
### NO. 2289, HONORABLE GUY HERMAN, JUDGE PRESIDING

Appellant filed an unopposed motion to dismiss its appeal requesting that this Court dismiss this appeal and assess costs against appellant.

Therefore, we dismiss this appeal on motion of appellant.  Tex. R. App. P. 42.1(a)(2).

Marilyn Aboussie, Chief Justice

Before Chief Justice Aboussie, Justices B. A. Smith and Yeakel

Dismissed on Appellant=s Motion

Filed:   July 26, 2002

Do Not Publish